**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| NASIR QURESHI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:09-CV-00639 |
| | § | |
| THE UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

Under Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, Nasir Qureshi, files his Notice of Dismissal With Prejudice.

Plaintiff filed this lawsuit on March 3, 2009. On or about the same day, Plaintiff sent a notice of suit and request for waiver of summons to the United States of America. The United States of America never responded to Plaintiff's request for waiver of summons. Plaintiff has not requested a summons from the clerk of the court. Defendant has not been served with this complaint; consequently, Defendant has not filed an answer or responsive pleading.

Plaintiff files this notice of dismissal with prejudice of all of his claims against the United States of America arising or relating to this cause of action.

Respectfully submitted,

______________________________________
Shane A. McClelland
State Bar No. 24046383
SD Tex Bar Number: 642324
Attorney-in-Charge for Plaintiffs

SIMON HERBERT & MCCLELLAND, LLP
3701 Kirby Drive, Suite 845
Houston, Texas 77098
Phone (713) 987-7100
Fax (713) 987-7120
SMcClelland@SHMFIRM.COM

OF COUNSEL
Paul Simon
Texas Bar No. 24003276
Kyle C. Herbert
State Bar No. 24043724
SD Tex Bar Number: 589113
SIMON HERBERT & MCCLELLAND, LLP

ATTORNEYS FOR PLAINTIFF
NASIR QURESHI

## CERTIFICATE OF SERVICE

I certify that Plaintiffs served a copy of the foregoing on April 30, 2009, to the following:

***VIA U.S. CERTIFIED MAIL:***
Attorney General of the United States, Department of Justice
United States Attorney General's Office, Room 5111,
10th & Constitution Avenue, NW
Washington, D.C. 20530.

______________________________
Shane A. McClelland