UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Nasir Qureshi,<br><br>Plaintiff,<br><br>*versus*<br><br>United States of America,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action H-09-639 |

# Permanent Injunction and Final Dismissal

1. On Qureshi's notice, this case is dismissed with prejudice.

2. Injunction: Since 2005, Nasir Qureshi has filed four lawsuits in the Southern District of Texas that have been dismissed without prejudice. Because of this persistent abuse of the judicial process, Qureshi may not file papers in Texas federal courts without written permission of Judge Lynn N. Hughes. He may answer a lawsuit filed against him; however, he may not counter-claim without permission.

Signed on April 30, 2009, at Houston, Texas.

Lynn N. Hughes
United States District Judge